UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARLON G. BERNARDEZ RIVAS,    :
:
                Plaintiff,    :
:    25-CV-6280 (JMF)
    -v-    :
:    <u>ORDER</u>
FRANK BISIGNANO,    :
:
                Defendant.    :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated August 1, 2025, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 3. If both parties consent, they were required to file on the docket a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. Defendant entered an appearance on August 21, 2025. *See* ECF No. 5. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **September 16, 2025**.

       SO ORDERED.

Dated: September 9, 2025
       New York, New York
                                     JESSE M. FURMAN
                                     United States District Judge