# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence | |

December 8, 2025

Honorable Robert W. Lehrburger                         **Letter Motion:**
United States Magistrate Judge                          **Extension of Time Request**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Marlon G. Bernardez Rivas v. Comm'r of SSA  1:25-cv-06280-RWL**

Dear Honorable Judge Lehrburger:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Opening Brief is due on December 11, 2025. Due to multiple briefs coming due on or around the same date as a result of the ending of administrative stays related to the government funding, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days until February 9, 2026. Defendant has given consent and further requests that date of his motion in response be extended to April 10, 2026, which is 60 days from Plaintiff's due date. Plaintiff's reply, if any, will be due 14 days after Defendant's motion is filed. No previous request for an extension has been made in this case.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Heetano Shamsoondar, Esq.   (Via ECF)

Granted. Plaintiff's motion shall be filed by **February 9, 2026**; Defendant's opposition and cross-motion shall be filed by **April 10, 2026**; Plaintiff's, reply, if any, shall be filed by **April 24, 2026**.

SO ORDERED:

12/9/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Attorney for Defendant.