**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

MARLON G. BERNARDEZ RIVAS,

Plaintiff,

25 **CIVIL** 6280 (RWL)

-v-

# JUDGMENT

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated September 11, 2026, pursuant to sentence four of 42 U.S.C. § 405(g), Rivas's motion is GRANTED, the Commissioner's motion is DENIED, and this case shall be remanded for further proceedings consistent with the opinion.

**Dated:** New York, New York

September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**